# IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **PACKET TREAD LLC** | § | |
| | § | |
| **VS.** | § | No. 5:17cv37-JRG-CMC |
| | § | |
| **GENBAND, INC.** | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal With Prejudice Under Rule 41(a)(1)(A)(i), it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**So ORDERED and SIGNED this 26th day of May, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE